UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:17-cr-00201-SEB-MJD |
| | ) | |
| DAVID F. MAYS, | ) -01 | |
| | ) | |
| Defendant. | ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Having reviewed Magistrate Judge Doris L. Pryor's Report and Recommendation that David May's supervised release be modified pursuant to Title 18, U.S.C. §3401(i) and Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders a modification of supervised release to include residing at a Residential Reentry Center for a period four (4) months, alcohol monitoring, i.e. Soberlink for a period of up to four (4) months, defendant is not use or possess alcohol, as well as all the other conditions outlined in the Magistrate Judge's Report and Recommendation.

**SO ORDERED.**

Date: ___9/18/2020___

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office

United States Marshal Service